UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
KALMAN ROSENFELD, individually and        :
on behalf of all others similarly situated,   :   No.: 1:20-cv-04662-RRM-PK
:
Plaintiff,            :
:
v.                :   **STIPULATION**
:
AC2T, INC., BONNER ANALYTICAL            :
TESTING CO., and JEREMY HIRSCH.          :
:
Defendants.         :
-----------------------------------------------------------x

     WHEREAS, on September 30, 2020, Plaintiff Kalman Rosenfeld ("Plaintiff") filed his Class Action Complaint ("Complaint," Dkt. No. 1) in this action; and

     WHEREAS, the parties have not previously requested any adjournments or extensions of time;

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants AC2T, Inc. and Jeremy Hirsch ("AC2T Defendants"), that the AC2T Defendants shall have until and including December 3, 2020 to answer, move against (including requesting a pre-motion conference), or otherwise respond to the Complaint;

     IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and the AC2T Defendants that this Stipulation may be executed in counterparts and that a facsimile signature on this Stipulation shall have the same effect as an original.

Date:  New York, New York
October 19, 2020

BURSOR & FISHER, P.A.

By: */s/ Yitzchak Kopel*
Scott A. Bursor
Yitzchak Kopel
Alec M. Leslie
888 Seventh Avenue
New York, New York 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
scott@bursor.com
ykopel@bursor.com
aleslie@bursor.com

*Attorneys for Plaintiff Kalman Rosenfeld*

VENABLE LLP

By: */s/ Edward P. Boyle*
Edward P. Boyle
Rockefeller Center
1270 Avenue of the Americas,
New York, New York 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
epboyle@venable.com

*Attorneys for Defendants AC2T, Inc. and Jeremy Hirsch*

SO ORDERED, ___October 19___, 2020

*Peggy Kuo*
_____
Honorable Peggy Kuo
United States Magistrate Judge