# EXHIBIT 1-B

