# EXHIBIT 12



Home    Resources    Prevention    Personal Stories    Governing Council    Contact Us

## MOSQUITO CONTROL
### MYTHS & TRUTHS



TRUTH

## Truth
(Products that work)

Top EPA Gold Standard Repellents: -

- Deet (500 products)

- Picaridin (known as KBR 3032 and Picaridin outside the US) (about 40 products)

- R3535 (3-[N-Butyl-N-acetyl] - aminopropionic acid, ethyl ester)  (about 45 products)

- Oil of Lemon of Eucalyptus (OLE) or Para-Menthane-diol (PMD) (about 40 products) **3 years and older

- 20-Undecanone (1product)

- Catnip oil- EPA pesticide regulatory information ( Nepeta cataria, also known as catmint) (4 products)

- Avon's Bug guard plus

- Bug Light - will attract fewer bugs at night

- Mosquito Dunks will not allow mosquito larvae to grow in water - safe for animals

- Fan - Mosquitos cannot fly against a fan

- Thermacell Machine- active ingredient is allethrin

** ALL REPELLENTS APPLIED TO SKIN SHOULD BE SMOOTHED ON.

## Myths / Scams
(Products that do not work)

- Spartan Mosquito Eradicator - These are based on a "yeast trap" design.  The manufacturer will not release any scientific proof that they work.  In addition, they have been debunked repeatedly by independent research.

- Fabric Softener Sheets

- Bug Zapper- Does not truly attract mosquitos, will also attract good bugs.



Home    Resources    Prevention    Personal Stories    Governing Council    Contact Us

- No bite armbands

- Listerine mouth wash

- Citronella Candles- must be right next to you.  Not the best repellent. It's just the smoke that keeps the mosquitos away, not the citronella.  You can use just a regular candle.

- Citronella Plant / Mosquito plant- you would need hundreds to keep mosquitos out of your yard.

- Bird House/Purple Martin Bird House- studies show they would rather have a juice moth than a mosquito. Plus they are roosting at High Mosquito time.

- Tiki Torches- It's the smoke that will help keep the mosquitos away. Not the product

For additional information about mosquito control, check out Colin Purrington's Website.  He covers several forms of mosquito control in detail. - Colin Purrington

© 2019 Mosquito Illness Alliance