UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
:
KALMAN ROSENFELD, individually and :
on behalf of all others similarly situated, : No.: 1:20-cv-04662-FB-PK
:
                Plaintiff, :
:
v. : **STIPULATED SECOND**
: **AMENDED SCHEDULING**
AC2T, INC. : **ORDER**
:
                Defendant. :
:
---------------------------------------------------------x

      WHEREAS the parties have met and conferred and agreed upon an amended discovery schedule, it is hereby stipulated to and agreed as follows:

1. Motion for Rule 23 Class Certification shall be due on or before September 7, 2022.

2. The Opposition to the Motion for Rule 23 Class Certification shall be due 49 days after the moving brief is filed.

3. The Reply in Further Support of the Motion for Rule 23 Class Certification shall be due 28 days after the Opposition is filed.

4. All fact discovery is to be completed 60 days after the ruling on the motion for class certification.

5. A joint status report certifying the close of fact discovery and indicating whether expert discovery is needed is due 60 days after the ruling on the motion for class certification.

6. Affirmative expert reports are due 60 days after the ruling on the motion for class certification.

7. Rebuttal expert reports are due 90 days after the ruling on the motion for class certification.

8. Depositions of experts are to be completed 120 days after the ruling on the motion for class certification.

9. All discovery is to be completed 120 days after the ruling on the motion for class

certification.

10. A joint status report certifying the close of all discovery is due 120 days after the ruling on the motion for class certification.

11. If any party seeks a dispositive motion, the request for a pre-motion conference (if required) or the briefing schedule must be filed 127 days after the ruling on the motion for class certification.

The parties may jointly agree to amend the above dates by filing a further stipulation with the Court, which shall be subject to the Court's approval. This schedule may also be amended for cause upon application of a party to the Court.

Dated: New York, New York
      February 22, 2022

| VENABLE LLP | BURSOR & FISHER, P.A. |
|---|---|
| By: /s/ Edward P. Boyle | By: /s/ Alec M. Leslie |
|     Edward P. Boyle |     Yitzchak Kopel |
|     Anna G. Dimon |     Alec M. Leslie |
| Rockefeller Center | 888 Seventh Avenue |
| 1270 Avenue of the Americas | New York, NY 10019 |
| New York, NY 10020 | Tel: (646) 837-7150 |
| Tel: (212) 808-5675 | ykopel@bursor.com |
| epboyle@venable.com | aleslie@bursor.com |
| agdimon@venable.com | |
| *Attorneys for Defendant AC2T, Inc.* | *Attorneys for Plaintiff* |

Dated: Brooklyn, New York
      February 22, 2022

SO ORDERED

*Peggy Kuo*
_____
Honorable Peggy Kuo
United States Magistrate Judge