UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALMAN ROSENFELD, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>    v.<br><br>AC2T, INC., BONNER ANALYTICAL TESTING CO., and JEREMY HIRSCH,<br><br>                          Defendants. | Case No. 1:20-cv-04662-HG-PK<br><br>**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Kasowitz Benson Torres LLP, 1633 Broadway, New York, New York, 10019 shall be substituted as counsel of record for Defendant AC2T, Inc. in the above-captioned action in place and stead of the undersigned attorneys as of the date hereof, and that Edward P. Boyle and Venable LLP shall be relieved of any further responsibility in the above-captioned action.

Dated: June 27, 2022
        New York, New York

| VENABLE LLP | KASOWITZ BENSON TORRES LLP |
|---|---|
| By: */s/ Edward P. Boyle*<br>    Edward P. Boyle (epboyle@venable.com)<br>Rockefeller Center<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 808-5675<br><br>*Outgoing Attorneys for Defendant AC2T, Inc.* | By: */s/ Daniel R. Benson*<br>    Daniel R. Benson (dbenson@kasowitz.com)<br>    David Tyler Adams (dadams@kasowitz.com)<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 506-1700<br><br>*Incoming Attorneys for Defendant AC2T, Inc.* |

**SO-ORDERED:**

Dated: _____                          _____
                                                              HON. HECTOR GONZALEZ
                                                              UNITED STATES DISTRICT JUDGE