UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALMAN ROSENFELD, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>AC2T, INC., BONNER ANALYTICAL TESTING CO., and JEREMY HIRSCH,<br><br>                      Defendants. | Case No. 1:20-cv-04662-HG-PK |

## CONSENT TO SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED AND AGREED that Kasowitz Benson Torres LLP, 1633 Broadway, New York, New York, 10019, is substituted as attorneys of record for Defendant AC2T, Inc. in the above-captioned action in place and stead of the undersigned attorneys as of the date hereof.

Dated: June 24, 2022
       New York, New York

                                    Respectfully submitted,

                                    VENABLE LLP

                                    By:  /s/ Edward P. Boyle
                                         Edward P. Boyle (epboyle@venable.com)
                                   Rockefeller Center
                                   1270 Avenue of the Americas
                                   New York, NY 10020
                                   Tel: (212) 808-5675

                                   *Outgoing Attorneys for Defendant AC2T, Inc.*

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendant AC2T, Inc. hereby consents and agrees that Kasowitz Benson Torres LLP is substituted in place of the law firm Venable LLP, which is current counsel of record, and that Edward P. Boyle of the law firm Venable LLP hereby withdraws as counsel in the above-referenced action.

Dated: Hattiesburg, Mississippi
       June 24, 2022

_____
Brett Conerly
President, AC2T, Inc.

**SO-ORDERED:**

Dated: _____

                                        _____
                                        HON. HECTOR GONZALEZ
                                        UNITED STATES DISTRICT JUDGE