UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALMAN ROSENFELD, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br> v.<br><br>AC2T, INC., BONNER ANALYTICAL TESTING CO., and JEREMY HIRSCH,<br><br>         Defendants. | Case No. 1:20-cv-04662-HG-PK |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned has been substituted as counsel of record for Defendant AC2T, Inc. in the above-captioned action, and hereby requests that all further papers in this action be served on the undersigned at the address set forth below.

Dated:  June 27, 2022
    New York, New York

                KASOWITZ BENSON TORRES LLP

                By: */s/ Daniel R. Benson*
                  Daniel R. Benson (dbenson@kasowitz.com)
                  David Tyler Adams (dadams@kasowitz.com)
                1633 Broadway
                New York, New York 10019
                Tel.: (212) 506-1700

                *Incoming Attorneys for Defendant AC2T, Inc.*