**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

\---------------------------------------------------- X
KALMAN ROSENFELD, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

AC2T, INC.,

                Defendant.
\---------------------------------------------------- X

Case No. 1:20-cv-04662-HG-PK

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

      PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Kasowitz Benson Torres, LLC and a member in good standing of the bars of the states of Florida, Hawaiʻi, and Nevada, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant, AC2T, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

August 2, 2022

Respectfully submitted;

s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
MRuiz@Kasowitz.com