UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KALMAN ROSENFELD, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

AC2T, INC.,

Defendant.

-----------------------------------------------------------X

Case No. 1:20-cv-04662-HG-PK

**MARIA H. RUIZ'S AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Maria H. Ruiz, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm of Kasowitz Benson Torres, LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of Florida, Hawai'i, and Nevada.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Attorney Registration Number(s) if applicable: Florida: 182923; Hawai'i: 11540; Nevada: 16134.

Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in case Rosenfeld v. AC2T, Inc., Case No. 1:20-cv-04662-HG-PK, for Defendant ACT2T, Inc.

August 2, 2022

Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
MRuiz@Kasowitz.com

STATE OF FLORIDA        )
                        ) ss.
COUNTY OF MIAMI-DADE    )

    On this 2nd day of August, 2022 before me, <u>Nayra Rojas</u>, Notary Public, personally appeared <u>Maria H. Ruiz</u>, personally known to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

    WITNESS my hand and official seal.

_____
Notary Public

NAYRA ROJAS
MY COMMISSION # HH 038545
EXPIRES: September 1, 2024
Bonded Thru Notary Public Underwriters