

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon   )    In Re:  0182923
Maria Helena Ruiz
Kasowitz, Benson, Torres LLP
1441 Brickell Ave Ste 1420
Miami, FL 33131-3426

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 4, 1999**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 25th day of **July**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-191653



# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

**MARIA HELENA RUIZ**
..................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that **Maria Helena Ruiz** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on December 14, 2021. This attorney's current status is active and they are presently in good standing.

DATED: Honolulu, Hawai'i, July 28, 2022.

..................................................
Clerk, Supreme Court of Hawai'i

# State Bar of Nevada

# Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Maria H. Ruiz**, **Bar Number 16134** was admitted by the Supreme Court of the State of Nevada on **05/06/2022** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Maria H. Ruiz** is now an Active member of the State Bar of Nevada in good standing.

DATED Monday, July 25, 2022.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada