**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KALMAN ROSENFELD, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

AC2T, INC.,

Defendant.

Case No. 1:20-cv-04662-HG-PK

**[PROPOSED] ORDER GRANTING
MARIA H. RUIZ ADMISSION *PRO
HAC VICE* IN THIS MATTER**

The motion of Maria H. Ruiz for admission to practice *pro hac vice* in the above-captioned

action is granted.

Applicant has declared that she is a member in good standing of the bars of the States of

Florida, Hawaiʻi, and Nevada; and that her contact information is as follows:

Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
MRuiz@Kasowitz.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for

Defendant AC2T, Inc. in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above

captioned case in the United States District Court for the Eastern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.

Dated: _____        _____

HON. PEGGY KUO
UNITED STATES MAGISTRATE JUDGE