UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
KALMAN ROSENFELD, individually and                        :
on behalf of all others similarly situated,               :  No.: 1:20-cv-04662-FB-PK
                                                          :
                              Plaintiff,                  :
                                                          :
v.                                                        :  **STIPULATED THIRD AMENDED**
                                                          :  **SCHEDULING  ORDER**
AC2T, INC.                                                :
                                                          :
                              Defendant.                  :
                                                          :
----------------------------------------------------------x

        WHEREAS the parties have met and conferred and agreed upon an amended discovery

schedule, it is hereby stipulated to and agreed as follows:

1. Motion for Rule 23 Class Certification shall be due on or before January 26, 2023.

2. The Opposition to the Motion for Rule 23 Class Certification shall be due 49 days
   after the moving brief is filed.

3. The Reply in Further Support of the Motion for Rule 23 Class Certification shall be
   due 28 days after the Opposition is filed.

4. All fact discovery is to be completed 60 days after the ruling on the motion for class
   certification.

5. A joint status report certifying the close of fact discovery and indicating whether
   expert discovery is needed is due 60 days after the ruling on the motion for class
   certification.

6. Affirmative expert reports are due 60 days after the ruling on the motion for class
   certification.

7. Rebuttal expert reports are due 90 days after the ruling on the motion for class
   certification.

8. Depositions of experts are to be completed 120 days after the ruling on the motion
   for class certification.

9. All discovery is to be completed 120 days after the ruling on the motion for class

certification.

10. A joint status report certifying the close of all discovery is due 120 days after the ruling on the motion for class certification.

11. If any party seeks a dispositive motion, the request for a pre-motion conference (if required) or the briefing schedule must be filed 127 days after the ruling on the motion for class certification.

The parties may jointly agree to amend the above dates by filing a further stipulation with the Court, which shall be subject to the Court's approval.  This schedule may also be amended for cause upon application of a party to the Court.

Dated: New York, New York
      September 6, 2022


BURSOR & FISHER, P.A.                    KASOWITZ BENSON TORRES LLP


By: _/s/ Yitzchak Kopel _____       By: __s/ Maria Ruiz_____
    Yitzchak Kopel                              Maria Ruiz
    Alec M. Leslie                       1441 Brickell Avenue, Ste. 1420
888 Seventh Avenue                       Miami, FL 33131
New York, NY 10019                       Tel: (786) 587-1044
Tel: (646) 837-7150                      mruiz@kasoqitz.com
ykopel@bursor.com
aleslie@bursor.com
                                                     *Attorneys for Defendant*

*Attorneys for Plaintiff*


SO ORDERED

*Peggy Kuo*
_____
Honorable Peggy Kuo
United States Magistrate Judge