**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KALMAN ROSENFELD, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>AC2T, INC.,<br><br>                  Defendant. | Case 1:20-cv-04662-HG-PK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Kalman Rosenfeld and Defendant AC2T, Inc., by and through their respective attorneys of record that:

1. This action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without award of costs or fees to any party.


Dated: January 26, 2023                  **BURSOR & FISHER, P.A**

                                                By:  */s/ Yitzchak Kopel*
                                                            Yitzchak Kopel

                                                *Counsel for Plaintiff*

Dated: January 26, 2023                  **KASOWITZ BENSON TORRES LLP**

                                                By:  */s/ Maria H. Ruiz*
                                                            Maria H. Ruiz
                                                            (admitted *pro hac vice*)

                                                *Counsel for Defendant*